FILED

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0084

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| BILLY LEE HENDERSON, III,<br>　　　　　　　　　Appellant / Defendant,<br>　　　-vs-<br><br>STATE OF MONTANA,<br>　　　　　　　　　Appellee / Plaintiff. | Cause No. DA 22-0084<br><br><br>**ORDER - DISTRICT COURT<br>SHALL FILE ADDITIONAL<br>COURT RECORDS** |

Upon Appellant / Defendant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED;

That the Missoula County District Court shall file additional Court records from DC-18-276.

DATED this _____ day of March, 2022.


_____
**BOWEN GREENWOOD**
CLERK OF THE SUPREME COURT


CC:　Stevenson Law Office
　　　Montana Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2022